SALVATORE GIARDINA, as Administrator of the Estate of ANTHONY GIARDINA, Deceased, Appellant, *v.* BRICKEN TEXTILE CORPORATION, Respondent, Impleaded with Others.

(Argued June 5, 1935; decided July 11, 1935.)

*Joseph F. Hanley* and *Louis A. Garbarini* for appellant.
*A. R. Eberlein* and *Benjamin C. Loder* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.